FILED

MAY 21 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 19-30069-SMY |
| ) | |
| LAJAVION D. RAMSEY, ) | Title 18, United States Code, Section |
| ) | 922(g)(1) and 924(d). |
| ) | |
| ) | Title 28, United States Code, Section 2461(c). |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

### FELON IN POSSESSION OF A FIREARM

On or about January 18, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**LAJAVION D. RAMSEY,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Aggravated Battery, on or about February 14, 2017, in Cause Number 16-CF-09003, in St. Clair County Circuit Court, St. Clair County, Illinois, did knowingly possess, in or affecting commerce, firearm, to wit: Remington, model: .380 caliber pistol, bearing serial number RM013605C and Century Arms, model: 7.62x39mm rifle, bearing serial number RAS47P003537, a Glock magazine loaded with .40 caliber ammunition, a drum magazine loaded with .40 caliber ammunition, and two boxes of 9mm ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

**Forfeiture Allegation**

Upon conviction of the offense alleged in Count 1 of this Indictment,

## LAJAVION D. RAMSEY

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: Remington, model: .380 caliber pistol, bearing serial number RM013605C and Century Arms, model: 7.62x39mm rifle, bearing serial number RAS47P003537, a Glock magazine loaded with .40 caliber ammunition, a drum magazine loaded with .40 caliber ammunition, and two boxes of 9mm ammunition, and any and all other ammunition contained therein.



_____
ALEXANDRIA M. BURNS
Assistant United States Attorney

_____
STEVEN D. WEINHOEFT
United States Attorney